# EXHIBIT A

| Registered No. RE688467936US | | Date Stamp |
|---|---|---|
| Reg. Fee $7.35 | Special Delivery $ | |
| Handling Charge $11.70 | Return Receipt $ | RODNEY SQUARE STA WILMINGTON, DE 501 SEP 28 2016 19801 USPS |
| Postage $2.70 | Restricted Delivery $ $0.00 | |
| Received by $0.00 | | Domestic Insurance Is Limited To $25,000. International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $0.00 | 09 [x] With Postal Insurance / Without Postal Insurance | |

FROM: Peter MacDonald, Esq.
Elzufon Austin Tarlov & Mondell
PO Box 1630 Wilmington DE 19899-1630

TO: Corp. Service Comp. Registered Agent for Lamboll Street LLC
2711 Centerville Rd
Suite 400 Wilmington DE 19808

PS Form 3806, February 1995    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)

# EXHIBIT B



